FILED
CLERK, U.S. DISTRICT COURT

JUN 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>KEITH ALAN SANDUSKY<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR12-548-UA-3<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT_____, IT IS ORDERED that a detention hearing is set for __6/15/12_____, _____, at __10:30_____ ☒ a.m. / ☐ p.m. before the Honorable __OSWALD PARADA_____, in Courtroom __3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __6-14-12__

_____
U.S. District Judge/Magistrate Judge